**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARISOL VELEZ, individually and on behalf of all similarly situated persons, | ) ) ) | Case No. 12 C 4857 |
| | ) | |
| Plaintiffs, | ) | Judge Ronald A. Guzman |
| | ) | Magistrate Judge Michael T. Mason |
| v. | ) | |
| | ) | |
| LONGHORN STEAKS, INC. and DARDEN RESTAURANTS, INC. d/b/a LONGHORN STEAKHOUSE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO CONDITIONALLY
CERTIFY A COLLECTIVE ACTION UNDER THE FLSA
AND TO ISSUE NOTICE TO CLASS MEMBERS**

NOW COMES the Plaintiff, MARISOL VELEZ, by and through her attorneys,

ROBIN POTTER & ASSOCIATES, P.C., and pursuant to the Fair Labor Standards Act,

29 U.S.C. §216(b), hereby request this Court to conditionally certify an "opt-in" collective

action of similarly situated persons defined as follows:

> all persons who have been employed by Defendants or their predecessors as servers at anytime from June 2009 through and including the present and until final resolution of the case, and who have not been paid the statutory minimum wage for all regular hours worked, or overtime wages at the rate of one and one half times their regular rate for all the time worked over 40 hours in individual work weeks (herein "FLSA Class").

Plaintiff also requests that court-authorized Notice be sent to apprise these persons of

their right to join this suit, and that defendants be ordered to produce within seven days,

a current and computerized mailing list of all relevant employees.  The Motion should be

granted for the reasons set forth in the Memorandum of Law, filed herewith.

Respectfully submitted,

ROBIN POTTER & ASSOCIATES, P.C.


/s/ Robin Potter
One of Plaintiffs' Attorneys

Robin Potter, Esq.  #3123932
M. Nieves Bolanos, Esq. #6299128
Stacey L. Scanlon, Esq. # 6300769
Robin Potter & Associates, P.C.
111 East Wacker Drive - Suite 2600
Chicago, Illinois  60601
(312) 861-1800
robin@potterlaw.org
nieves@potterlaw.org
stacey@potterlaw.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **MOTION TO CONDITIONALLY CERTIFY A COLLECTIVE ACTION UNDER THE FLSA AND TO ISSUE NOTICE TO CLASS MEMBERS** was served upon all parties by way of process server, transmitted to process server this 20th day of June, 2012 for service upon the below address:

LongHorn Steaks, Inc.
c/o Darden Restaurants, Inc.
Corporate Creations Network
1443 W. Belmont Ave., Suite C
Chicago, IL 60657

 /s/ Robin Potter
Robin Potter