**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Marisol Velez
                         Plaintiff,

v.                                    Case No.: 1:12–cv–04857
                                             Honorable Ronald A. Guzman

Longhorn Steaks, Inc.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 27, 2012:

       MINUTE entry before Honorable Ronald A. Guzman: Notice of motion set for 7/26/12 is stricken. In the interest of judicial economy, motion by plaintiff Marisol Velez to certify class Conditionally Under FLSA Section 216(b) [6] is denied without prejudice, with the understanding that the plaintiff's request for class certification remains pending as a placeholder and no rights are waived. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.